No. 78–6122.  MILLS v. OHIO.  Ct. App. Ohio, Knox County.  Certiorari denied.

No. 78–6123.  PHILLIPS v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 78–6128.  CHUMLEY v. PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 78–6130.  LEARY v. OHIO.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 78–6148.  FRAIRE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 78–6154.  LOVALLO v. VETERANS' ADMINISTRATION ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 78–6168.  MANSUETO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–6178.  BURKLEY v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 78–6186.  KILBURN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 78–6202.  MAGEE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–6203.  POOLAW v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–6208.  WILSON v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, ET AL.  C. A. 7th Cir.  Certiorari denied.